FILED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8034

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Pedro Alonso VELASQUEZ-Reyes | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 18, 2008, within the Southern District of California, defendant Pedro Alonso VELASQUEZ-Reyes did knowingly and intentionally import approximately 17.68 kilograms (38.89 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brandon Wood
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 18, 2008 at approximately 0530 hours, Pedro Alonso VELASQUEZ-Reyes entered the United States at the Calexico, California, West Port of Entry. VELASQUEZ was the driver of a 1998 Dodge Durango. Customs Border Protection (CBP) Officer Espinoza noted as he ran a routine computer check on the vehicle plate, California 5WTU626, that there was a "look out" on the vehicle. Officer Espinoza referred VELASQUEZ and the vehicle to the secondary lot for closer examination.

While in the secondary lot, CBP Officer Craig Randolf led Canine Pina CE24 to the Dodge Durango where she alerted to the presence of drugs. The vehicle was then taken to the East Port of Entry where it was x-rayed and the x-ray revealed the presence of material in the gas tank. The vehicle was then taken to the West Port of Entry where 90 packages of a green leafy substance weighing 17.68 Kilograms were extracted from the gas tank. The substance in the packages was field tested positive for marijuana by Customs and Border Protection Officer Juan Rodriguez.

Special Agents Wood and Morquecho conducted an interview of the driver VELASQUEZ. VELASQUEZ admitted that he was to be paid $1000 for smuggling marijuana in his vehicle from Mexico to an undisclosed location in the United States.

VELASQUEZ was placed under arrest and booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on January 18, 2008 at 17:05

Brandon Wood
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on _1/18/08_ in violation of Title 21, United States Code, Section(s) _952 and 960_.

United States Magistrate Judge

1/18/08 @ 3:57 p.m.
Date/Time