1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Pedro Alonso Velasquez-Reyes

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,   )   Case No. 08MJ8034
   |                             )
12 |        Plaintiff,           )
   |                             )
13 | v.                          )   **CERTIFICATE OF SERVICE**
   |                             )
14 | PEDRO ALONSO VELASQUEZ-REYES,)
   |                             )
15 |        Defendant.           )
   |_____)

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                                  Respectfully submitted,

23 DATED:     January 28, 2008          /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Pedro Alonso Velasquez-Reyes